IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02085-NRN

TAM ANH ONG,

     Applicant,

v.

TODD LYONS, ICE Director,
CHARLES WALL, Deputy Director of ICE, and
JUAN BALTAZAR, Warden of the Denver CDF,

     Respondents.

---

**MINUTE ORDER**

---

ENTERED BY U.S. MAGISTRATE JUDGE N. REID NEUREITER

This case has been directly assigned to a magistrate judge. D.C.COLO.LCivR 40.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(4), IT IS ORDERED that the parties shall complete and file the *Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction* form (ECF No. 5), indicating either the unanimous consent of the parties or that consent has been declined, on or before **June 22, 2026**.

Dated: May 22, 2026