IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02085-PAB

TAM ANH ONG,

     Petitioner,

v.

DAVID VENTURELLA, Acting Director of ICE,
CHARLES WALL, Deputy Director of ICE, and
JUAN BALTAZAR, Warden of the Denver CDF,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 16] of Judge Philip A. Brimmer entered on June 24, 2026, it is

**ORDERED** that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is **granted**. It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 29th day of June, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By    s/ Roman Villa    
          Deputy Clerk